

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00011-CV

Ex Parte Douglas **KENNISON**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08929
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  February 15, 2017

DISMISSED

The Texas Department of Public Safety filed this restricted appeal from a judgment granting Douglas Kennison's petition for expunction of criminal records. The parties have filed a joint motion to dismiss this appeal, stating that they have reached an agreement that Kennison was not entitled to an expunction, that the trial court's judgment granting the expunction should be reversed, and that judgment should be rendered in favor of the Department. Because the motion complies with Rule 42.1(a)(2)(A) of the Texas Rules of Appellate Procedure, we grant the motion to dismiss, reverse the trial court's judgment, and render judgment denying Kennison's petition for expunction. *See* TEX. R. APP. P. 42.1(a)(2)(A). In accordance with the parties' agreement, all costs are taxed against Kennison. *See id*. 42.1(d).

PER CURIAM